UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH IRIZARRY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **STIPULATION AND ORDER REGARDING ATTORNEY FEES**<br><br>Civil Action No. 1:26-cv-02380-SLC<br><br>(Cave, M.J.) |

The parties, through their attorneys, stipulate that Plaintiff is awarded $904.40 in attorney fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and if Plaintiff owes no debt

to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: September 11, 2026

*/s/ Lindsay Trust Newman*
LINDSAY TRUST NEWMAN
Attorney for Plaintiff
43 West 43rd Street Suite 131
New York, NY 10036
212-725-9800
Email: ltrust@osbornlawpc.com

JAMES M. MCDONALD
United States Attorney
Sothern District of New York
Attorney for Defendant

By: */s/ Sergei Aden*
SERGEI ADEN
Special Assistant United States Attorney
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore MD 21235-6401
212-264-2026
Sergei.Aden@ssa.gov

In light of the parties' stipulation regarding Plaintiff's attorneys' fees, Plaintiff's motion for attorneys' fees (Dkt. Nos. 15-16) is **DENIED** as moot.

The Clerk of Court is respectfully directed to close Dkt. No. 15.

SO ORDERED. September 11, 2026

Sarah L. Cave

SARAH L. CAVE
United States Magistrate Judge